**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GUY MECHAW,

    Plaintiff,

v.                                                                                Case No: 8:12-cv-1583-T-30TBM

GRANT ALAN DAVIDSON and
GUNNAR USA, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL**

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause was entered on July 9, 2013 (Dkt. #20) which directed Plaintiff to show cause within fourteen days why this action should not be dismissed for failure to file an Amended Case Management Report. Plaintiff has failed to respond to this Court's Order. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of July, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1583 dismissal.docx